Katie Grossier, Respondent, v. Max Meyer, as Executor of and Trustee under the Last Will and Testament of Pauline Fiedler, Deceased, Appellant.— Judgment affirmed, without costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred.

Bruno Haack, an Infant, by Laura A. Haack, His Guardian ad Litem, Respondent v. Brooklyn Labor Lyceum Association, Appellant, Impleaded with Joseph Heilig and the City of New York, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Laura A. Haack, Respondent, v. Brooklyn Labor Lyceum Association, Appellant, Impleaded with Joseph Heilig and the City of New York, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

John Hauser, as Administrator, etc., of Reinhardt Hauser, Deceased, Respondent, v. New York and Queens Electric Light and Power Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

August Heifer, Respondent, v. Consumers' Park Brewing Company of Brooklyn, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks and Rich, JJ.

Frederick V. Hubbs and Frank E. Hubbs, Copartners Doing Business under the Firm Name of Hubbs Brothers, Respondents, v. Belinda Lehmann, Appellant. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of Judgment Moneys Recovered in Action of Count W. Weeks, Plaintiff, v. E. Holloway Coe, as Executor, etc., of E. Frank Coe, Deceased, Defendant. Henry M. Whitehead, Appellant; Oakley Weeks, Respondent.— Order reversed and motion granted, without costs. No opinion. Woodward, Jenks, Rich and Miller, JJ., concurred; Hirschberg, P. J., dissented.

Israel L. Jarashow, Respondent, v. Sun Printing and Publishing Association, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Thyra Marie Johnson, Respondent, v. Gottlieb Fey, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

William Kesselman, Respondent, v. Emma Reiss, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Otto E. Lablack, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Rich and Miller, JJ., concurred; Woodward, J., dissented.

William Lau, an Infant, by Conrad H. Lau, His Guardian ad Litem, Appellant, v. John H. Volkmann and Others, Doing Business under the Firm Name and Style of Volkmann, Stollwerck & Co., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Frank Lavandowski, Respondent, v. Michael Dymowski, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks and Rich, JJ., concurred.